FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GUTIERREZ,<br><br>  Petitioner,<br>vs.<br><br>JAMES A. YATES, WARDEN,<br><br>  Respondent. | ) Case No. SACV 08-0607-RGK(RC)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>) |

   Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

   IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

   DATED: JUN - 9 2008

                                    _____
                                    R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0607.jud
6/3/08